UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony Johnson and
Darnell Hughes,

Petitioners,

v.

B. Birkholz and
Michael Carvajal,

Respondents.

Civil No. 21-cv-2017 (PJS/HB)

ORDER ON REPORT
AND RECOMMENDATION

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. The Amended and Restated Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by Petitioners Anthon Johnson and Darnell Hughes is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 11, 2022

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court